UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| JARROD MARTIN, | ) |
|     *Plaintiff*, | ) |
| v. | ) No.: 2:14-cv-200-TWP-DHI |
| WAYNE ANDERSON and BARRY P. STAUBUS, | ) |
|     *Defendants*. | ) |

## JUDGMENT

In accordance with the accompanying memorandum and order, this *pro se* prisoner's civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** for failure to state a claim for relief. 28 U.S.C. § 1915(e)(2) and § 1915A. For reasons discussed in the memorandum, the Court **CERTIFIES** that any appeal from this order would not be taken in good faith and would be frivolous. 28 U.S.C. § 1915(a)(3).

**ENTER**:

          s/ Thomas W. Phillips
    SENIOR UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
s/ *Debra L. Poplin*
CLERK OF COURT